CHRISTOPHER D. BURK, ESQ.
Nevada Bar No. 8976
**BURK INJURY LAWYERS**
2350 West Charleston Blvd, Suite 202
Las Vegas, NV 89102
Telephone: (702) 620-2020
Facsimile: (702) 623-5113
Email: chris@bettercallburk.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARICARMEN MORENO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY MARIE ELIZARDO; DOE DRIVER, individually; DOES I through V, fictitious individuals; ABC Corporations and/or XYZ Partnerships and/or Sole Proprietorships and/or JOINT VENTURES I-X;<br><br>Defendant(s). | CASE NO.: 2:23-cv-00422-RFB-VCF<br>DEPT. NO.: XXVI<br><br>**ORDER FOR DISMISSAL OF ASHLEY MARIE ELIZARDO WITHOUT PREJUDICE** |
| ALLSTATE INSURANCE COMPANY;<br><br>Intervenor/Defendant(s) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff MARICARMEN MORENO's causes of action against ASHLEY MARIE ELIZARDO be dismissed without prejudice, and that all parties are to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED by and between the parties that the entire action be dismissed without prejudice.

/ / /

/ / /

/ / /

Intervenor Allstate Insurance Company and Plaintiff stipulate Plaintiff's first party UM/UIM claims against Allstate Insurance Company survive this voluntary dismissal and are not extinguished. Plaintiff and Allstate Insurance Company will attempt to resolve the matter separately. If necessary, Plaintiff will file a lawsuit directly against Allstate Insurance Company regarding said first party claims.

DATED this 23rd day of August 2023.

**BURK INJURY LAWYERS**

*/s/ Christopher D. Burk*
Christopher D. Burk, Esq. (#8976)
2350 W Charleston Blvd, Suite 202
Las Vegas, NV 89102
*Attorney for Plaintiff*

DATED this 23rd day of August 2023.

**THE LAW OFFICES OF S. DENISE MCCURRY**

*/s/ Denise McCurry*
Denise McCurry, Esq.
500 North Rainbow Blvd. suite 300
Las Vegas, Nevada 89107
*Attorney for Defendant,*
*Ashley Marie Elizardo*

DATED this 23rd day of August 2023.

**BREMER WHYTE BROWN & OMEARA, LLP**

*/s/ Jared Christensen*
Jared G. Christensen, Esq.
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144
*Attorney for Intervenor,*
*Allstate Insurance Company*

Moreno v. Elizardo
CASE NO.: 2:23-cv-00422-RFB-VCF

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that ASHLEY MARIE ELIZARDO be dismissed from the above-entitled matter without prejudice.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CASE NO.: 2:23-cv-00422-RFB-VCF be dismissed without prejudice.

Date: August 24, 2023



**UNITED STATES DISTRICT JUDGE**

BURK INJURY LAWYERS
2350 West Charleston Blvd. Suite 202
Las Vegas, Nevada 89102
OFFICE: (702) 620-2020 FAX: (702) 623-5113